[Filed January 9, 1890.]

GEORGE W. RIDDLE, RESPONDENT, v. H. B. MILLER, APPELLANT.

APPEAL from the circuit court for Josephine county.

*Wood* v. *Rayburn*, 18 Or. 3, approved and followed.

*A. H. Tanner*, for Appellant.

*P. P. Prim* and *Davis Brower*, for Respondent.

PER CURIAM.—The only question of law arising upon

this record we considered and decided in *Wood* v. *Rayburn,* 18 Or. 3.    We see no reason to depart from the conclusions there announced.    After a careful examination of the evidence we have reached the same conclusions that the court below did.   We do not think a particular examination of the facts disclosed by the evidence is necessary.

The decree appealed from must therefore be affirmed.